**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joseph Oquendo SALADINO,**
**Defendant–Appellant.**

No. 10–30236.

United States Court of Appeals,
Ninth Circuit.

Submitted May 15, 2012.*

Filed May 21, 2012.

Allan Garten, Assistant U.S., Michelle Kerin, Special Assistant U.S., Kelly A.

Zusman, Assistant U.S., Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Kelly R. Beckley, Beckley Law Firm, P.C., Eugene, OR, for Defendant–Appellant.

Joseph Oquendo Saladino, pro se.

Before: CANBY, GRABER, and M. SMITH, Circuit Judges.

MEMORANDUM **

Joseph Oquendo Saladino appeals from his jury-trial conviction and 60–month sentence for conspiracy to defraud the United States, in violation of 18 U.S.C. § 371. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Saladino's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Saladino has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.